Peter G. Bertling (SBN 131602)
Jemma Parker Saunders (SBN 227962)
Bertling Law Group
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
Telephone: 805-879-7558
Facsimile: 805-869-1597
peter@bertlinglawgroup.com
jemma@bertlinglawgroup.com

Attorneys for Defendant WELLPATH, LLC and DOROTHY ARELLANO

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE RIZALLA, individually and as personal representative of the Estate of CYNTHIA RIZALLA; KAYDEN OROZCO, individually and as personal representative of the Estate of CYNTHIA RIZALLA, deceased;<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF VENTURA, a government entity; Deputy KESSLER, individually; Deputy WOLVERTON, individually; WELLPATH, LLC, a Delaware limited liability company; DOES 1–10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-10824-FMO-Ex<br><br>**DEFENDANTS *AMENDED* SUGGESTION OF BANKRUPTCY AND NOTICE OF STAY**<br><br><br><br>Action Filed: December 27, 2023<br>Judge: Fernando M. Olguin<br>Ctrm: 6D, 6th Floor |

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COME, Wellpath, LLC (the "Debtor"), and Dorothy Arellano (the "non-Debtors"), defendants in the above-captioned proceeding (together, the "Wellpath Defendants"), pursuant to paragraph 2 of the November 12, 2024, Amended Interim Order Enforcing the Automatic Stay, which states "[t]he Lawsuits are stayed in their entirety, including the plaintiffs' claims against the Non-Debtor Defendants, on an interim basis pursuant to section 362 of the Bankruptcy Code" as ordered by the

Honorable Alfredo R. Pérez, United States Bankruptcy Judge presiding over the Bankruptcy proceeding in United States Bankruptcy Court for the Southern District of Texas, and file this Amended Suggestion of Bankruptcy and Notice of Stay and would respectfully show the Court the following:

1. On November 11, 2024 (the "Petition Date"), the Debtor filed a Voluntary Petition for Non-Individuals Filing Bankruptcy (the "Voluntary Petition") for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (Houston Division) (the "Bankruptcy Court"), commencing Case No. 24-90563-(ARP). A copy of the Voluntary Petition is attached hereto as **Exhibit A**.

2. Pursuant to section 362 of the Bankruptcy Code, the filing of the Voluntary Petition operates as a stay of:

a. "[T]he commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the [D]ebtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the [D]ebtor that arose before the commencement of the case under this title;

b. [T]he enforcement, against the [D]ebtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

c. [A]ny act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

d. [A]ny act to create, perfect, or enforce any lien against property of the estate;

e. [A]ny act to create, perfect, or enforce against property of the [D]ebtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;

f. [A]ny act to collect, assess, or recover a claim against the [D]ebtor that arose before the commencement of the case under this title;

///

g. [T]he setoff of any debt owing to the [D]ebtor that arose before the commencement of the case under this title against any claim against the [D]ebtor; and

h. [T]he commencement or continuation of a proceeding before the United States Tax Court concerning a tax liability of a debtor that is a corporation for a taxable period the bankruptcy court may determine or concerning the tax liability of a debtor who is an individual for a taxable period ending before the date of the order for relief under this title." 11 U.S.C. § 362(a).

3. In addition, on November 12, 2024, the Bankruptcy Court entered an Amended Interim Order Enforcing the Automatic Stay [Docket No. 69] (the "Stay Order"), pursuant to which the above-captioned proceeding, among other lawsuits filed as of the Petition Date in which a Debtor is named as one of the defendants therein, is stayed in its entirety, including the plaintiffs' claims against the non-Debtor defendants, which includes in this case all Wellpath Defendants, on an interim basis pursuant to section 362 of the Bankruptcy Code.  A copy of the Stay Order is attached hereto as **Exhibit B**.

4. As a result of the operation of the automatic stay, all parties are stayed from any further continuation of these proceedings against the Wellpath Defendants until such time as the Bankruptcy Court may order otherwise.

5. The automatic stay has not been lifted or otherwise modified; the automatic stay referenced above remains in effect.

6. The Debtor reserves their right to bring an action in the Bankruptcy Court for any violation of the automatic stay.

WHEREFORE, PREMISES CONSIDERED, the Wellpath Defendants pray that this Court take notice of the automatic stay and that further action be stayed and for such other and further relief as to which it may be justly entitled.

///

///

///

1
2  Dated: November 27, 2024
3
4
5
6
7
8
...
28

Respectfully submitted,

BERTLING LAW GROUP

*/s/ Peter G. Bertling*
Peter G. Bertling
Jemma Parker Saunders
Attorneys for Defendant
WELLPATH, LLC and
DOROTHY ARELLANO