PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JAMES S. EICHER, JR., State Bar No. 213796
jeicher@lbaclaw.com
ROCCO ZAMBITO, JR., State Bar No. 306115
rzambito@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
150 South Los Robles Avenue, Suite 660
Pasadena, California 91101
Telephone No. (818) 545-1925

Attorneys for Defendants
County of Ventura, Deputy Kessler, Deputy Wolverton,
Sergeant Rich, Deputy Radcliff, and SST Rodriguez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

| | |
|---|---|
| MICHELLE RIZALLA, Individually, and as personal representative of the Estate of CYNTHIA RIZALLA; KAYDEN OROZCO, individually and as personal representative of the Estate of CYNTHIA RIZALLA, deceased;<br>        Plaintiffs,<br>vs.<br>COUNTY OF VENTURA, a government entity; Deputy KESSLER, individually; Deputy WOLVERTON, individually; Sheriff Security Technician RODRIGUEZ, individually; Deputy RADCLIFF, individually; Sergeant RICH, individually; Nurse ARELLANO, individually; WELLPATH, LLC, a Delaware limited liability company; DOES 5-10, inclusive,<br>        Defendants. | Case No. 2:23-cv-10824-FMO (Ex)<br><br>Honorable Fernando M. Olguin<br><br>**ORDER ON STIPULATION [86] TO DISMISS PLAINTIFFS' CLAIMS AGAINST THE COUNTY DEFENDANTS WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(2)]<br><br>[*Stipulation lodged concurrently herewith*] |

1

On June 10, 2025 this action as to the County Defendants was dismissed without prejudice subsequent to the parties filing a Status Report Re: Settlement (Dkt. 83).  Pursuant to the stipulation by and between Plaintiffs MICHELLE RIZALLA and KAYDEN OROZCO (collectively, "Plaintiffs") and Defendants COUNTY OF VENTURA, DEPUTY KESSLER, DEPUTY WOLVERTON, SHERIFF SERVICE TECHNICIAN RODRIGUEZ, DEPUTY RADCLIFF, and SERGEANT RICH (collectively, "County Defendants"), through their respective attorneys of record, IT IS NOW HEREBY ORDERED that Plaintiffs' claims against the County Defendants in the above-captioned action be and hereby are dismissed in their entirety, with prejudice, with all parties to bear their own costs and attorneys' fees, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2). IT IS SO ORDERED.

Dated: July 15, 2025

/s/
Honorable Fernando M. Olguin
United States District Judge